UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



NO. 5:25-CR-243-FL-KS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| ELIA ABIGAIL NUNEZ, ) | |
|     a/k/a "Abby," ) | |
| ERON SAMI HERNANDEZ-MENDOZA, ) | |
| JOEL HAMILTON AUSTIN, ) | |
|     a/k/a "Trip" ) | |

The Grand Jury charges that:

## COUNT ONE

On or about March 20, 2024, in the Eastern District of North Carolina, ELIA ABIGAIL NUNEZ, a/k/a "Abby," and JOEL HAMILTON AUSTIN, a/k/a "Trip," aiding and abetting each other, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl and ANPP, both Schedule II controlled substances, and serious bodily injury and death of a person known to the Grand Jury resulted from the use of such fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWO

On or about March 30, 2024, in the Eastern District of North Carolina, ELIA ABIGAIL NUNEZ, a/k/a "Abby," and ERON SAMI HERNANDEZ-MENDOZA, aiding and abetting each other, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl and ANPP, both

Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 3, 2024, in the Eastern District of North Carolina, ELIA ABIGAIL NUNEZ, a/k/a "Abby," ERON SAMI HERNANDEZ-MENDOZA, and JOEL HAMILTON AUSTIN, a/k/a "Trip," aiding and abetting each other, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl and ANPP, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about April 5, 2024, in the Eastern District of North Carolina, ELIA ABIGAIL NUNEZ, a/k/a "Abby," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl and ANPP, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about August 16, 2024, in the Eastern District of North Carolina, ELIA ABIGAIL NUNEZ, a/k/a "Abby," did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and Diazepam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(2).

## COUNT SIX

On or about March 12, 2025, in the Eastern District of North Carolina, JOEL HAMILTON AUSTIN, a/k/a "Trip," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

On or about March 19, 2025, in the Eastern District of North Carolina, JOEL HAMILTON AUSTIN, a/k/a "Trip," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

On or about March 26, 2025, in the Eastern District of North Carolina, JOEL HAMILTON AUSTIN, a/k/a "Trip," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

On or about April 8, 2025, in the Eastern District of North Carolina, JOEL HAMILTON AUSTIN, a/k/a "Trip," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

On or about April 24, 2025, in the Eastern District of North Carolina, JOEL HAMILTON AUSTIN, a/k/a "Trip," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

On or about May 6, 2025, in the Eastern District of North Carolina, JOEL HAMILTON AUSTIN, a/k/a "Trip," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

On or about May 8, 2025, in the Eastern District of North Carolina, JOEL HAMILTON AUSTIN, a/k/a "Trip," did knowingly and intentionally possess with intent to distribute five (5) grams or more of methamphetamine and a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## COUNT THIRTEEN

From on or about May 1, 2025, through and including on or about May 9, 2025, in the Eastern District of North Carolina, JOEL HAMILTON AUSTIN, a/k/a "Trip," did knowingly and intentionally possess with intent to distribute forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of fentanyl and ANPP, both Schedule II controlled substances, and Fluorofentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## COUNT FOURTEEN

From on or about May 1, 2025, through and including on or about May 9, 2025, in the Eastern District of North Carolina, the defendant, JOEL HAMILTON AUSTIN, a/k/a "Trip," did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count Thirteen of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly,

as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) Approximately $4,010.00 in U.S. currency found and seized from the residence located at 195 Hawksbill Drive, Franklinton, NC on May 8, 2025;

b) Approximately $11,484.00 in U.S. currency found and seized from the residence located at 195 Hawksbill Drive, Franklinton, NC on May 8, 2025;

c) Approximately $8,458.00 in U.S. currency found and seized from the residence located at 816 Oak Center Drive, Raleigh, NC on May 8, 2025;

d) Approximately $2,025.00 in U.S. currency found and seized from the defendant, Joel Hamilton Austin's person on May 8, 2025;

e) Approximately $1,230.00 in U.S. currency found and seized from inside a black Buick located at the residence located at 816 Oak Center Drive, Raleigh,

6

NC on May 8, 2025;

f) Approximately $22,286.00 in U.S. currency found and seized on May 9, 2025, from inside a safe located within Unit 548 of the SecureCare Self Storage facility located at 5201 Sinclair Drive, Raleigh, NC;

g) One Polymer 80 9 mm with purple trigger seized on May 8, 2025, from 6311 Lynn Crest Lane, Apartment 302, Raleigh, NC, and any and all associated ammunition;

h) One Springfield Armory Hellcat 9mm firearm bearing serial number BF231899, seized on May 9, 2025, from the Unit 548 of the SecureCare Self Storage facility located at 5201 Sinclair Drive, Raleigh, NC, and any and all associated ammunition; and

i) One Glock 43 9mm firearm bearing serial number AFFL215, seized on May 9, 2025, from the Unit 548 of the SecureCare Self Storage facility located at 5201 Sinclair Drive, Raleigh, NC, and any and all associated ammunition.

[REMAINDER INTENTIONALLY LEFT BLANK]

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 9/9/25

W. ELLIS BOYLE
United States Attorney

BY: JENNIFER C. NUCCI
Assistant United States Attorney